14573.  COLLIER MANUFACTURING CO. *v.* SCREW MACHINE
PRODUCTS CORPORATION.

BROYLES, C. J.  The motion for a new trial contained only the usual
general grounds; the verdict was authorized by the evidence, and
the court did not err in refusing to grant a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JULY 10, 1923.

Complaint; from Lamar superior court — Judge Searcy. March
6, 1923.

*James R. Davis,* for plaintiff in error.

*C. J. Lester, J. F. Redding,* contra.